IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRY WILSON ELVORD,

    Plaintiff,

                                    JUDGMENT IN A CIVIL CASE

v.                                         Case No. 09-cv-491-bbc

PETERSON MANAGEMENT,

    Defendant.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered REMANDING this case to the Circuit Court for Dane County, Wisconsin.

 

_____           AUG 2 1 2009
Peter Oppeneer, Clerk of Court                  Date